**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL ANTHONY RUVALCABA, | ) | NO. ED CV 15-00241-AB (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RON E. BARNES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 20, 2015.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE